JUDGE CROTTY

07 CV 3710

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**



CARMEN VIRUET

Plaintiff                                    Civil Action No.

v.                                           JURY TRIAL DEMANDED

UNITED STATES OF AMERICA

Defendant

Plaintiff, CARMEN VIRUET by her undersigned attorney sues the

Defendant, THE UNITED STATES OF AMERICA in this action and alleges as follows:

1.      Plaintiff, Carmen Viruet is a citizen of the United States who resides at 70

E 108th Street, New York, New York 10029.

2.      The Defendant is the United States of America.

3.      This suit is arising under the laws of the Internal Revenue Code for the

refund of income taxes that were to be refunded to the Plaintiff, but were improperly

withheld by the Internal Revenue Service.

4.      Jurisdiction is conferred upon the Court by 28 U.S.C. § 1346(a)(1) and 26

U.S.C . § 7422.

5.      Venue is appropriate under 28 U.S.C. § 1391(e).

6.      On or about February 10, 2005, the Plaintiff, Carmen Viruet, filed a timely

federal income tax return (Form 1040) for the calendar year 2004 online with the

Regional Service Center in Andover, Massachusetts. This return reported a refund amount of $5,858.00. Please see "Exhibit A."

7.      Plaintiff filed a Form 1040 tax return through Union Settlement Federal Credit Union, a free tax preparation service located at 237 E. 104th Street, New York, NY.

8.      Plaintiff claimed a refund of $5,858.00 for her withholding in the amount of $1,294, her earned income tax credit in the amount of $3,503, and her additional child tax credit in the amount of $1,061. Please see "Exhibit A."

9.      No refund check was sent to Plaintiff, nor was any amount deposited into her Citibank account, account number 49679974 and routing number 02100089.

10.     Plaintiff contacted the Internal Revenue Service on numerous occasions to inquire about the status of her refund. One such inquiry was made on April 28, 2005. Please see "Exhibit B."

11.     On May 25, 2005 Plaintiff made another inquiry to the IRS about the status of her refund. The IRS responded by sending Form 3911. The IRS filled out the majority of the Form 3911.

12. Plaintiff completed Form 3911 by filling in any blank spaces. She then signed and returned the form to the IRS on or about May 31, 2005. Please see "Exhibit C."

13.     On Form 3911, the IRS indicated that they had directly deposited $5,858.00 into an account numbered 49679982 with routing number 021001088 on March 7, 2005. This was not the correct routing number for the Plaintiff's bank account.

14.    The IRS responded to Plaintiff in a letter dated June 13, 2005 which stated that her refund was directly deposited into account 49679982 at HSBC on February 25, 2005. Please see "Exhibit B."

15.    In her continued attempt to recover her refund, on July 20, 2005 Plaintiff contacted the IRS Office of the Taxpayer Advocate to inquire about the status of her refund and the Form 3911 she had submitted.

16.    In a letter dated July 22, 2005, Kate Wilshusen, Case Advocate for the IRS Taxpayer Advocate Service responded to Plaintiff's July 20, 2005 inquiry. Ms. Wilshusen stated that Plaintiff's overpayment was direct deposited to the account as electronically transmitted. The letter further stated that there was nothing the Office of the Taxpayer Advocate or the IRS could do "if the funds were deposited into another person's account because the account number entered for your tax return direct deposit was incorrect." Please see "Exhibit D."

17.    After receiving Ms. Wilshusen's response, Ms. Viruet contacted a representative of HSBC. HSBC Sr. Consumer Banker Frank Cobena addressed a letter to Kate Wilshusen dated July 29, 2005 stating that HSBC had not received Carmen Viruet's tax refund in the amount of $5,858.00 and that account number 49679982 is not a valid account number at HSBC. Please see "Exhibit E."

18.    The IRS claims it deposited the money into account number 49679982 at HSBC. Please see "Exhibit B."

19.    On or about August 5, 2005 the Plaintiff faxed HSBC's letter to Ms. Wilshusen.

WHEREFORE, Plaintiff prays for judgment against the Defendant in the amount of $5,858.00 plus interest from the date the refund was due, or such greater amount as she may be entitled to, together with costs and interest as allowed by the law, and for such other further relief as the Court may deem appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues raised by the Complaint.

May 10, 2007

Lincoln Square Legal Services, Inc.
33 West 60th Street, 3rd Fl.
New York, N.Y. 10023
(212) 636-7353
Attorney for Plaintiff

By: _____

Elizabeth Maresca
Bar ID # EM4799

# EXHIBIT A

080546687

1622104200665

Form **1040**

Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2004** (99)   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2004, or other tax year beginning _____, 2004, ending _____, 20____   OMB No. 1545-0074

**Label**
(See instructions on page 16.)

Use the IRS label. Otherwise, please print or type.

L A B E L   H E R E

Your first name and initial: CARMEN L VIRUET   Last name: VIRU

Your social security number: 080 : 54 : 6687

If a joint return, spouse's first name and initial   Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 16.   Apt. no.
70 EAST 108TH ST APT 5F

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.
NEW YORK NY 100293826

▲ **Important!** ▲
You **must** enter your SSN(s) above.

**Presidential Election Campaign**
(See page 16.)

**Note.** Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? . . . ▶
You: ☐ Yes ☐ No   Spouse: ☐ Yes ☐ No

**Filing Status**

Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☒ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
b ☐ **Spouse**

Boxes checked on 6a and 6b: **1**

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if qualifying child for child tax credit (see page 18) |
|---|---|---|---|
| JERELYN K TORRES   TORR | 109 : 82 : 3031 | DAUGHTER | ☒ |
| DUSTIN A DURAN   DURA | 076 : 80 : 5967 | SON | ☒ |
| JUSTINE Z DURAN   DURA | 070 : 78 : 3628 | DAUGHTER | ☒ |
| | | | |

If more than four dependents, see page 18.

No. of children on 6c who:
• lived with you: **3**
• did not live with you due to divorce or separation (see page 18)
Dependents on 6c not entered above

d Total number of exemptions claimed

Add numbers on lines above ▶ **4**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | | | |
|---|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | 7 | 17,825 00 |
| 8a | **Taxable interest.** Attach Schedule B if required | | | 8a | |
| b | **Tax-exempt interest. Do not** include on line 8a | 8b | | | |
| 9a | Ordinary dividends. Attach Schedule B if required | | | 9a | |
| b | Qualified dividends (see page 20) | 9b | | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | | | 10 | |
| 11 | Alimony received | | | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | | | 14 | |
| 15a | IRA distributions | 15a | b Taxable amount (see page 22) | 15b | |
| 16a | Pensions and annuities | 16a | b Taxable amount (see page 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | | | 18 | |
| 19 | Unemployment compensation | | | 19 | |
| 20a | Social security benefits | 20a | b Taxable amount (see page 24) | 20b | |
| 21 | Other income. List type and amount (see page 24) | | | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | | | 22 | 17,825 00 |

**Adjusted Gross Income**

| | | | | |
|---|---|---|---|---|
| 23 | Educator expenses (see page 26) | 23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | |
| 25 | IRA deduction (see page 26) | 25 | | |
| 26 | Student loan interest deduction (see page 28) | 26 | | |
| 27 | Tuition and fees deduction (see page 29) | 27 | | |
| 28 | Health savings account deduction. Attach Form 8889 | 28 | | |
| 29 | Moving expenses. Attach Form 3903 | 29 | | |
| 30 | One-half of self-employment tax. Attach Schedule SE | 30 | | |
| 31 | Self-employed health insurance deduction (see page 30) | 31 | | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans | 32 | | |
| 33 | Penalty on early withdrawal of savings | 33 | | |
| 34a | Alimony paid  b Recipient's SSN ▶ | 34a | | |
| 35 | Add lines 23 through 34a | | 35 | |
| 36 | Subtract line 35 from line 22. This is your adjusted gross income ▶ | | 36 | 17,825 00 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 75.   Cat. No. 11320B   Form **1040** (2004)

Form 1040 (2004)

Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 37 | Amount from line 36 (adjusted gross income) . . . . . . . . . . | 37 | 17,825 00 |
| | 38a | Check { You were born before January 2, 1940, ☐ Blind. } Total boxes if: { Spouse was born before January 2, 1940, ☐ Blind. } checked ▶ 38a ☐ | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ▶ 38b ☐ | | |
| | 39 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) . | 39 | 7,150 00 |
| • People who checked any box on line 38a or 38b **or** who can be claimed as a dependent, see page 31. | 40 | Subtract line 39 from line 37 . . . . . . . . . . . . . . . | 40 | 10,675 00 |
| | 41 | If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet on page 33 . . . . | 41 | 12,400 00 |
| | 42 | **Taxable income.** Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- . | 42 | |
| • All others: | 43 | **Tax** (see page 33). Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 | 43 | |
| Single or Married filing separately, $4,850 | 44 | Alternative minimum tax (see page 35). Attach Form 6251 . . . . | 44 | |
| | 45 | Add lines 43 and 44 . . . . . . . . . . . . . . . ▶ | 45 | |
| Married filing jointly or Qualifying widow(er), $9,700 | 46 | Foreign tax credit. Attach Form 1116 if required . . | 46 | | |
| | 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R . | 48 | | |
| Head of household, $7,150 | 49 | Education credits. Attach Form 8863 . . . . . | 49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 . | 50 | | |
| | 51 | Child tax credit (see page 37) . . . . . . . | 51 | | |
| | 52 | Adoption credit. Attach Form 8839 . . . . . | 52 | | |
| | 53 | Credits from: **a** ☐ Form 8396 **b** ☐ Form 8859 . | 53 | | |
| | 54 | Other credits. Check applicable box(es): **a** ☐ Form 3800 **b** ☐ Form 8801 **c** ☐ Specify _____ | 54 | | |
| | 55 | Add lines 46 through 54. These are your **total credits** . . . . . | 55 | |
| | 56 | Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- . . ▶ | 56 | |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE . . . . . . . . . . | 57 | |
| | 58 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . | 59 | |
| | 60 | Advance earned income credit payments from Form(s) W-2 . . . . . . . . | 60 | |
| | 61 | Household employment taxes. Attach Schedule H . . . . . . . . . . | 61 | |
| | 62 | Add lines 56 through 61. This is your **total tax** . . . . . . . . . . ▶ | 62 | |
| **Payments** | 63 | Federal income tax withheld from Forms W-2 and 1099 . | 63 | 1,294 00 | |
| | 64 | 2004 estimated tax payments and amount applied from 2003 return | 64 | | |
| If you have a qualifying child, attach Schedule EIC. | 65a | Earned income credit (EIC) . . . . . . . . | 65a | 3,503 00 | |
| | b | Nontaxable combat pay election ▶ 65b | | | |
| | 66 | Excess social security and tier 1 RRTA tax withheld (see page 54) | 66 | | |
| | 67 | Additional child tax credit. Attach Form 8812 . . . | 67 | 1,061 00 | |
| | 68 | Amount paid with request for extension to file (see page 54) | 68 | | |
| | 69 | Other payments from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 | 69 | | |
| | 70 | Add lines 63, 64, 65a, and 66 through 69. These are your **total payments** . . . . ▶ | 70 | 5,858 00 X |
| **Refund** | 71 | If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you **overpaid** | 71 | 5,858 00 |
| Direct deposit? See page 54 and fill in 72b, 72c, and 72d. | 72a | Amount of line 71 you want **refunded to you** . . . . . . . . . . ▶ | 72a | 5,858 00 |
| | ▶ b | Routing number 0 2 1 0 0 1 0 8 8 | ▶ c Type: ☐ Checking ☒ Savings | | |
| | ▶ d | Account number 4 6 7 9 9 8 2 | | | |
| | 73 | Amount of line 71 you want **applied to your 2005 estimated tax** ▶ 73 | | | |
| **Amount You Owe** | 74 | **Amount you owe.** Subtract line 70 from line 62. For details on how to pay, see page 55 ▶ | 74 | |
| | 75 | Estimated tax penalty (see page 55) . . . . . 75 | | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see page 56)? ☐ **Yes. Complete the following.** ☒ **No** | | |
| | | Designee's name ▶ | Phone no. ▶ ( ) | Personal identification number (PIN) ▶ | |

**Sign Here**
Joint return? See page 17.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | CLERICAL ASSOCIATE | ( 212 ) 8607940 |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |

| **Paid Preparer's Use Only** | Preparer's signature ▶ | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN S1501376 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | EIN | |
| | | | | Phone no. ( ) | N |

Form **1040** (2004)

| a Control number | 22222 | Void ☐ | For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|---|---|---|

| b Employer identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 13-6400434 | 13,226.00 | 1,175.00 |

| c Employer's name, address, and ZIP code        THEC | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| THE CITY OF NEW YORK | 13,423.00 | 832.00 |

| | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|
| CITY OF NEW YORK | 13,423.00 | 195.00 |

| NEW YORK  NY 10007 | 7 Social security tips | 8 Allocated tips |
|---|---|---|

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|
| 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 | | |

| e Employee's first name and initial | Last name | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|---|
| CARMEN L VIRUET | | | |

| 13 Statutory employee ☐   Retirement plan [X]   Third-party sick pay ☐ | 12b |
|---|---|

| 14 Other    IRC414H          197 | 12c |
|---|---|

| 70 EAST 108TH ST | IRC125          104 | 12d |
|---|---|---|
| NEW YORK  NY 100293826 | | |

| f Employee's address and ZIP code |
|---|

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NY | 13-6400434 | 13,226 | 444 | 13,226 | 285 | NYC |

**Form W-2**  **Wage and Tax Statement**    **2004**    Department of the Treasury—Internal Revenue Service

Copy A For Social Security Administration — Send this entire page with Form W-3 to the Social Security Administration; photocopies are **not** acceptable.

For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

Cat. No. 10134D

**Do Not Cut, Fold, or Staple Forms on This Page — Do Not Cut, Fold, or Staple Forms on This Page**

W2 Indicator S

| a Control number | 22222 | | Void ☐ | For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|---|---|---|---|

| b Employer Identification number 13-2687297 | | 1 Wages, tips, other compensation 4,599.00 | 2 Federal income tax withheld 119.00 |
|---|---|---|---|
| c Employer's name, address, and ZIP code    OURL OUR LADY QUEEN OF ANGELS PAROCHIAL 232 EAST 113TH STREET NEW YORK NY 10029 | | 3 Social security wages 4,599.00 | 4 Social security tax withheld 285.00 |
| | | 5 Medicare wages and tips 4,599.00 | 6 Medicare tax withheld 67.00 |
| | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number 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 | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name CARMEN L VIRUET | | 11 Nonqualified plans | 12a See instructions for box 12 |

13 Statutory employee ☐   Retirement plan ☐   Third-party sick pay ☐

12b

14 Other
NYSDI                    14

12c

12d

| 70 EAST 108TH ST APT 5F NEW YORK NY 100293826 |
|---|
| f Employee's address and ZIP code |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NY | 132687297 | 4,599 | 29 | 4,599 | 29 | NYC |

Form **W-2** **Wage and Tax Statement**    **2004**    Department of the Treasury—Internal Revenue Service

For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

**Copy A For Social Security Administration** — Send this entire page with Form W-3 to the Social Security Administration; photocopies are **not** acceptable.

Cat. No. 10134D

**Do Not Cut, Fold, or Staple Forms on This Page — Do Not Cut, Fold, or Staple Forms on This Page**

W2 Indicator S



SCHEDULE EIC
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service

# Earned Income Credit
## Qualifying Child Information



Complete and attach to Form 1040A or 1040
only if you have a qualifying child.

OMB No. 1545-0074

**2004**

Attachment
Sequence No. **43**

Name(s) shown on return

Your social security number

---

**Before you begin:** See the instructions for Form 1040A, lines 41a and 41b, or Form 1040, lines 65a and 65b, to make sure that (a) you can take the EIC and (b) you have a qualifying child.



- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See back of schedule for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

---

## Qualifying Child Information

| | | Child 1 | Child 2 |
|---|---|---|---|
| **1** | **Child's name** <br> If you have more than two qualifying children, you only have to list two to get the maximum credit. | First name / Last name <br> TORR <br> JERELYN K    TORRES | First name / Last name <br> DURA <br> DUSTIN A    DURAN |
| **2** | **Child's SSN** <br> The child must have an SSN as defined on page 42 of the Form 1040A instructions or page 44 of the Form 1040 instructions unless the child was born and died in 2004. If your child was born and died in 2004 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate. | 109  82  3031 | 076  80  5967 |
| **3** | **Child's year of birth** | Year  1  9  9  4 <br> *If born after 1985, skip lines 4a and 4b; go to line 5.* | Year  1  9  9  2 <br> *If born after 1985, skip lines 4a and 4b; go to line 5.* |
| **4** | **If the child was born before 1986—** | | |
| **a** | Was the child under age 24 at the end of 2004 and a student? | ☐ **Yes.** *Go to line 5.*   ☐ **No.** *Continue* | ☐ **Yes.** *Go to line 5.*   ☐ **No.** *Continue* |
| **b** | Was the child permanently and totally disabled during any part of 2004? | ☐ **Yes.** *Continue*   ☐ **No.** *The child is not a qualifying child.* | ☐ **Yes.** *Continue*   ☐ **No.** *The child is not a qualifying child.* |
| **5** | **Child's relationship to you** <br> (for example, son, daughter, grandchild, niece, nephew, foster child, etc.) | DAUGHTER | SON |
| **6** | **Number of months child lived with you in the United States during 2004** <br> • If the child lived with you for more than half of 2004 but less than 7 months, enter "7." <br> • If the child was born or died in 2004 and your home was the child's home for the entire time he or she was alive during 2004, enter "12." | ___12___ months <br> *Do not enter more than 12 months.* | ___12___ months <br> *Do not enter more than 12 months.* |

---



**TIP** You may also be able to take the additional child tax credit if your child (a) was under age 17 at the end of 2004, (b) is claimed as your dependent on line 6c of Form 1040A or 1040, **and** (c) is a U.S. citizen or resident alien. For more details, see the instructions for line 42 of Form 1040A or line 67 of Form 1040.

---

For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.

Cat. No. 13339M

Schedule EIC (Form 1040A or 1040) 2004

Form **8812**

Department of the Treasury
Internal Revenue Service (99)

## Additional Child Tax Credit

*Complete and attach to Form 1040 or Form 1040A.*

| 1040 | 1040A | 8812 |

OMB No. 1545-1620

**2004**

Attachment
Sequence No. **47**

Name(s) shown on return

Your social security number

### Part I    All Filers

| | | | |
|---|---|---|---|
| 1 | Enter the amount from line 1 of your Child Tax Credit Worksheet on page 38 of the Form 1040 instructions or page 37 of the Form 1040A instructions. If you used Pub. 972, enter the amount from line 8 of the worksheet on page 4 of the publication | 1 | 3,000 00 |
| 2 | Enter the amount from Form 1040, line 51, or Form 1040A, line 33 | 2 | |
| 3 | Subtract line 2 from line 1. If zero, **stop;** you cannot take this credit | 3 | 3,000 00 |
| 4a | Enter your total earned income. See the instructions on back . . . [4a  17,825 00] | | |
| b | Nontaxable combat pay included on line 4a  .  [4b] | | |
| 5 | Is the amount on line 4a more than $10,750? | | |
| | ☐ **No.**  Leave line 5 blank and enter -0- on line 6. | | |
| | ☒ **Yes.**  Subtract $10,750 from the amount on line 4a. Enter the result  [5  7,075 00] | | |
| 6 | Multiply the amount on line 5 by 15% (.15) and enter the result . . . . . . . . . | 6 | 1,061 00 |
| | **Next.** Do you have three or more qualifying children? | | |
| | ☐ **No.**  If line 6 is zero, **stop;** you cannot take this credit. Otherwise, skip Part II and enter the **smaller** of line 3 or line 6 on line 13. | | |
| | ☒ **Yes.**  If line 6 is equal to or more than line 3, skip Part II and enter the amount from line 3 on line 13. Otherwise, go to line 7. | | |

### Part II    Certain Filers Who Have Three or More Qualifying Children

| | | | |
|---|---|---|---|
| 7 | Enter the total of the withheld social security and Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If you worked for a railroad, see the instructions on back | 7 | 1,379 00 |
| 8 | **1040 filers:**  Enter the total of the amounts from Form 1040, lines 30 and 58, plus any uncollected social security and Medicare or tier 1 RRTA taxes included on line 62.<br>**1040A filers:**  Enter -0-. | 8 | |
| 9 | Add lines 7 and 8 . . . . . . . . . . . . . . . . . . . . . | 9 | 1,379 00 |
| 10 | **1040 filers:**  Enter the total of the amounts from Form 1040, lines 65a and 66.<br>**1040A filers:**  Enter the total of the amount from Form 1040A, line 41a, plus any excess social security and tier 1 RRTA taxes withheld that you entered to the left of line 43 (see the instructions on back). | 10 | 3,503 00 |
| 11 | Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . . . . . | 11 | |
| 12 | Enter the **larger** of line 6 or line 11 here . . . . . . . . . . . . . | 12 | 1,061 00 |
| | **Next,** enter the **smaller** of line 3 or line 12 on line 13. | | |

### Part III    Your Additional Child Tax Credit

| | | | |
|---|---|---|---|
| 13 | **This is your additional child tax credit** . . . . . . . . . . . . . | 13 | 1,061 00 |

Enter this amount on
Form 1040, line 67, or
Form 1040A, line 42.

| 1040 | 1040A |

For Paperwork Reduction Act Notice, see back of form.        Cat. No. 10644E        Form **8812** (2004)

Imerla House Legal Services, Inc.
Attn: Elizabeth Brown
33 West North Street 3rd Fl
New York, New York
10023



RECEIVED
APR 17 2007
By

# EXHIBIT B

**IRS** Department of the Treasury
Internal Revenue Service

AUSTIN  TX  73301-0025

In reply refer to:  0636106390
June 13, 2005    LTR 129C
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  200412 30 000
                              07645
BODC: WI

CARMEN L VIRUET
70 E 108TH ST APT 5F
NEW YORK  NY  10029-3826568



003323

        Taxpayer Identification Number:  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
                        Tax Period:  Dec. 31, 2004
                             Form:  1040

Dear Taxpayer:

Thank you for the inquiry dated Apr. 28, 2005.

Our records indicate that on Feb. 25, 2005, your refund of
$5,858.00, was deposited directly into account number
49679982 at HSBC Bank USA, N.A., as requested.  If you
have questions about this refund, please contact your financial
institution.

Please contact their ACH Department at: 800-368-7808, to verify this
transaction.

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Also, you may want to keep a copy of this letter for your records.

Telephone Number ( _____ ) _____ - _____          Hours _____

# EXHIBIT C

Form **3911**
(Rev. January 2005)

Department of the Treasury — Internal Revenue Service
## Taxpayer Statement Regarding Refund

OMB NO: 1545-1384

The box checked below is in reply to your inquiry on ___05/25/2005___ about your Federal tax return for ___200412___

We sent you a refund for $ ___5,858.00___ on ___03/07/2005___ .   ☐ Check   ☑ Direct Deposit

☐ The U.S. Postal Service returned your check because they could not deliver it.

☐ Your check was not cashed within one year of the issue date as the law requires and it can no longer be cashed.

► If we checked one of the above boxes, please complete Sections I and III of this form and send it back to us in the enclosed envelope or facsimile form to _____. We will send you a new check within six weeks of the date we receive this form.

☑ If you did not receive the refund check, or if you received it and it was lost, stolen or destroyed, please complete Sections I, II and III. Send this form back to us in the enclosed envelope or facsimile form to _____

► If you don't hear from us by six weeks from the date you send the form back to us, please contact us at _____
If you prefer, you may write to us at the service center where you filed your return.

| **Section I** | Print your current name(s), taxpayer identification number (for individuals, this is your social security number, for businesses, it is your employer identification number) and address, including ZIP code. If you filed a joint return, show the names of both husband and wife on lines 1 and 2 below. |
|---|---|

1. Your name                                           Taxpayer Identification Number

**CARMEN L VIRUEL**                                    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

2. Spouse's name *(if a name is entered here, spouse must sign on line 14).*   Taxpayer Identification Number.

| 3. Street | Apt. No. | City | State | Zip code |
|---|---|---|---|---|
| **70 E 108TH ST** | **APT 5F** | **NEW YORK** | **NY** | **10029-3626** |

► Please give us a phone number where you can be reached
between 8 a.m. and 4 p.m. Include area code.   ►  Area code  **212-860-7940**  Number

► If any of the above has changed since you filed your tax return, please enter the information below exactly as shown on your return.

Name(s)  *Carmen L. Viruet*                           Taxpayer Identification Number(s)

Street                                    Apt. No.    City                State    Zip code

► If you have filed a power of attorney authorizing a representative to receive your refund check, please enter his or her name and mailing address below.

5. Name of representative                             6. Address (include ZIP code)

7. Type of return:  ☑ Individual   ☐ Business, Form ___   ☐ Other ___        Tax period: **200412**
Type of refund requested:  ☐ Check   ☒ Direct Deposit   Amount: $  **5,858.00**   Date filed **04/15/2005**

| **Section II** | **Refund Information**
(Please check all boxes that apply to you.) |
|---|---|

8. ☑ I didn't receive a refund.      ☐ I received a refund check, but it was lost, stolen or destroyed.

9. ☐ I received the refund check and signed it.

   **NOTE:** The law doesn't allow us to issue a replacement check if you endorsed it and someone other than you cashed the check, since that person didn't forge your signature.

10. ☐ I have received correspondence about the tax return. (Please attach a copy if possible.)

**(Please give us the following information if possible.)**

11. ☐ Name of bank and account number where you normally cash or deposit your checks:
Bank: **CITY BANK OF NEW YORK**        Account number: **49679982  ROUTING  021000089**

12. a. If the refund was a direct deposit, did you receive a "Refund Anticipation Loan"?  ☐ YES  ☑ NO
    b. Enter the Routing Transit Number (RTN) **021001088**   and account number **49679982**   shown on your return.

Catalog Number 41167W                    *(Continued on back)*                    Form **3911** (Rev. 1-2005)

| Section III | Certification |
|---|---|

▶ Please sign below, **exactly** as you signed the return. If this refund was from a joint return, we need the signatures of both husband and wife before we can trace it.

Under penalties of perjury, I declare that I have examined this form, and to the best of my knowledge and belief, the information is true, correct, and complete. I request that you send a replacement refund, and if I receive two refunds I will return one.

| 13. Signature (For business returns, signature of person authorized to sign the check) | Date: |
|---|---|
| *Carm L. Viuwlt* | 5-31-05 |

| 14. Spouse's signature, if required (For businesses, enter the title of the person who signed above.) | Date: |
|---|---|
| | |

| Section IV | Description of Check |
|---|---|
| | (For Internal Revenue Service use only) |

| Schedule number | Refund Date | Amount | Other (DLN, Check/Symbol, etc.) |
|---|---|---|---|
| | | | |

**Paperwork Reduction Act Notice** — We ask for the information on this form to carry out the Internal Revenue laws of the United States. You aren't required to give us the information since the refund you claimed has already been issued. However, without the information we won't be able to trace your refund, and may be unable to replace it. You may give us the information we need in a letter.

The time needed to complete this form will vary depending on individual circumstances. The estimated average time is less than 5 minutes.

If you have comments concerning the accuracy of this time estimate or suggestions for making this form more simple, we would be happy to hear from you. You can write to the **Internal Revenue Service,** Attention: Tax Products Coordinating Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001.

DO NOT send this form to this office. Instead, use the envelope provided, or mail it to the Internal Revenue Service center where you filed your tax return.

Form **3911** (Rev. 1-2005)

# EXHIBIT D



**TAXPAYER ADVOCATE SERVICE**

The Office of the Taxpayer Advocate operates independently of any other IRS Office and reports directly to Congress through the National Taxpayer Advocate.

July 22, 2005

Carmen L Viruet
70 East 108th Street Apt 5f
New York, NY 10029-3826 568

Taxpayer Identification Number: 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
Tax Form(s): 1040
Tax Period(s) Ending: December 31, 2004
Case Number: 3449627

Dear Ms. Viruet:

This is in response to your inquiry July 20, 2005, received in our office on July 21, 2005. I understand you're concerned about the non-receipt of your expected refund from the tax account listed above. I also understand that you have resubmitted Form 3911 in June to the IRS without receiving any response.

Your account indicates that your overpayment was direct deposited to the account number as electronically transmitted. The IRS issued you a letter numbered 129C in June 2005. I will need a complete copy of that letter faxed to me before August 16, 2005. Please include copy of this letter with your fax.

I will also need for you to contact the financial institution. If the funds were deposited into another person's account because the account number entered for your tax return direct deposit was incorrect, there will be nothing that our office or the IRS can do to assist you in this matter. You will have to work with the financial institution to obtain the funds.

I'll notify you by August 23, 2005, with an update on your inquiry and hopefully I will have your account inquiry fully addressed before September 16, 2005. In the meantime, I would like to stay in touch with you while I work to resolve your inquiry. Please advise me of any change in your address or telephone number. Also, let me know if another office within the IRS contacts you concerning this matter.

If you have any questions, you can reach me at the telephone numbers and hours of operation listed below. If you prefer, you can write to me at the address or faxes below. Please provide a telephone number where you can be reached and the best time to call you.

Taxpayer Advocate Service, PO Box 12161 Fresno, CA 93776
Contact: Kate D Wilshusen – Employee Number 89-12459 Available Hours 7:30 a.m. – 4:00 p.m. (PST) M-F
Direct Extension 559 442-6473 Toll-free (866) 895-2876 Fax 559 442-6503 Toll-free fax (866) 778-9167
Web Site Address www.irs.gov

TAS Letter 1284

I apologize that you may have not been given correct information about what your options are when returns are electronically transmitted with incorrect direct deposit account number when there has been no error by IRS. Thank you for your patience and cooperation.

Sincerely,

Kate D Wilshusen
Case Advocate

Taxpayer Advocate Service, PO Box 12161 Fresno, CA 93776
Contact: Kate D Wilshusen – Employee Number 89-12459 Available Hours 7:30 a.m. – 4:00 p.m. (PST) M-F
Direct Extension 559 442-6473 Toll-free (866) 895-2876 Fax 559 442-6503 Toll-free fax (866) 778-9167
Web Site Address www.irs.gov

TAS Letter 1284

# EXHIBIT E



July 29, 2005

Dear Kate D. Wilshusen:

This letter is to confirm that HSBC Bank USA, N.A. has not received Ms. Carmen L. Viruet's tax refund in the amount of $5,858.00 as previously thought. I have confirmed this with our ACH Dept. that account #49679982 is not a valid account number at our bank. Any further questions can be directed to our ACH Dept. at (800) 368-7808. Thank you for your attention in this matter.

Sincerley,

Frank Cobena
Sr. Consumer Banker

HSBC Bank USA, National Association
186 East 86th Street, New York, NY 10028
Tel: (212) 427-2257  Fax: (212) 876-8092



# Fax

To: Ms. Kate Wilshusen          From: Ms. Carmen Viruet 344 9627

Fax: 866-778-9167          Pages: 6

Phone: 866-895-2876          Date: 8-5-05

Re: Lost Icome tax check +          CC:   File
HSBC Bank.

(Urgent)     ☐ For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

Tax Payers Advocate #3449627

# EXHIBIT F

**TAXPAYER ADVOCATE SERVICE**

The Office of the Taxpayer Advocate operates independently of any other IRS Office and reports directly to Congress through the National Taxpayer Advocate.

March 21, 2007

Carmen Viruet
70 E 108th St Apt 5F
New York, NY 10029

Taxpayer Identification Number: 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
Tax Form(s): 1040 Series
Tax Period(s) Ending: December 31, 2004
Case Number: 3864960

Dear Ms. Viruet:

This is in response to an inquiry dated March 14, 2007, from Daniel Saketkhou, your authorized power of attorney and received in our office on the same date. I understand you're concerned about the direct deposit of your 2004 refund to the incorrect financial institution. Based on the information from your tax return the Internal Revenue Service (IRS) did deposit it and those funds were never returned to IRS to release to you. We have been requested to retrieve those funds from Household Bank and refund directly to you and if no refund will be issued then a letter stating this fact.

Because the routing transit number or account number on your return was incorrect, you must contact the financial institution to resolve the erroneous deposit. The IRS does not have authority to demand the return of the refund from the designated financial institution because the refund deposit went into the account listed on your tax return.

Since your prior case was closed in August 2005 there has been several other agencies designated for you to contact directly for assistance:

1. The Office of the Comptroller of the Currency (OCC) is an agency of the U.S. Department of the Treasury. The OCC states that it is best if a person tries to resolve a complaint directly with their bank before going to an outside agency. However, if the resolution seems impossible, you may file a formal complaint with the OCC. The OCC Customer Assistance Group may answer questions, offer guidance, and assist consumers in resolving complaints about National Banks.
2. You may reach the OCC customer assistance specialists in any of the following manners:
   - Telephone Number 1-800-613-6743 (business days 9:00 a.m. to 3:30 p.m. Central Time). Only English speaking assistance is available.
   - Emailing to: Customer.Assistance@occ.treas.gov.
   - Faxing to: 1-713-336-4601.
   - Mailing to: Customer Assistance Group, 1301 McKinley Street, Suite 3710, Houston, TX 77010.

3. There are no special forms needed to file a complaint. You need to provide your:
   - Name
   - Address
   - Daytime Telephone Number
4. The following are additional agencies to which you may appeal:
   - The Office of Thrift Supervision: (This organization regulates federal savings and loans, and federally chartered banks). **Email Address** consumer@ots.treas.gov
   - The Federal Deposit Insurance Corporation: (This organization regulates federal insured state banks that are not members of the Federal Reserve System). **Email Address** consumer@fdic.gov
   - The National Credit Union Administration (Regulates federal credit unions). **Web address and phone number** http://www.ncua.gov/AboutNcua/ncua_directory.html

I'm closing your inquiry in the Taxpayer Advocate Service. If you have any questions regarding this letter or the contents, please contact me at the telephone numbers and during the hours of operation listed below. If you prefer, you can write to me at the address or faxes below. Please provide a telephone number where you can be reached and the best time to call you.

I'm sorry for any inconvenience this situation has caused you. Thank you for your patience and cooperation.

Sincerely,

Kate D Wilshusen

Kate D Wilshusen
Case Advocate

CC: Daniel Saketkhou

Taxpayer Advocate Service, PO Box 12161 Fresno, CA 93776
Contact: Kate D Wilshusen – Employee Number 89-12459 Available Hours 6:30 a.m. – 3:00 p.m. (PST) M-F
Direct Extension 559 442-6473 Toll-free (866) 895-2876 Fax 559 442-6503 Toll-free fax (866) 778-9167
Web Site Address www.irs.gov

TAS Letter 1284

# EXHIBIT
# G

I Daniel Saketkhou hereby affirm the following:

1.     I am a third year law student at Fordham Law School and my anticipated graduation date is May 20, 2007.

2.     During the Spring semester of 2007 I was enrolled in the tax clinic and worked as a legal intern at Lincoln Square Legal Services.

3.     In February of 2007 Carmen Viruet contacted Lincoln Square Legal Services to see if we could assist her in retrieving her 2004 refund from the IRS. I was assigned to her case along with my partner Jaclyn Obeso.

4.     After we met with Ms. Viruet and had all of the proper forms and Powers of Attorney signed and submitted, I started to work on her case.

5.     On or about March 14, 2007 I called the IRS Taxpayer Advocate to inquire about the status of Ms Viruet's refund.

6.     In a letter dated March 21, 2007, the Taxpayer Advocate stated that the Plaintiff's case with the Office of the Taxpayer Advocate was closed.

7.     After I received this letter I called the Taxpayer Advocate on numerous occasions until I was able to reach Kate Wilshusen, Ms. Viruet's contact at the Taxpayer Advocates office.

8.     Ms. Wilshusen confirmed with me on the phone that Ms. Viruet's case was closed and that nothing could be done to reopen her case with the IRS.

9.     When I inquired as to what had happened with Ms. Viruet's refund, Ms. Wilshusen told me that the funds were sent to HSBC.

10. Ms Wilshusen also stated that after Ms. Viruet contacted the IRS in 2005, the IRS told HSBC to send the funds back.  Ms. Wilshusen stated that HSBC never sent the

funds back, and therefore, if Ms. Viruet wanted to retrieve them, she would have to retrieve them from HSBC.

11.    I then contacted HSBC and spoke with both Arco and Sadit at HSBC taxpayer services on or about March 27, 2007.  I was told that I needed to get a tracking number so that they could track where the funds went.

12.    On or about March 28, 2007, I called Ms. Wilshusen to see if she could give me the tracking number for the funds.  She stated that there was no tracking number, but that the "electronic trace number" for Ms. Viruet's refund was 0225111036170312760 .

13.    I then called HSBC many times to inquire as to what happened to Ms Viruet's funds.  Each representative who answered the phone for HSBC denied having any knowledge of what happened to the funds whatsoever.  Each representative would either transfer me to a different department, or give me a different phone number to call. When I would get transferred to the other department, the HSBC employee in the new department would have a similar answer for me and transfer me again.  None of the employees were able to use the electronic trace number provided by Ms. Wilshusen to trace the funds.

Daniel Saketkhou

Sworn to before me this
09 day of May 2007

Notary Public

Ariana Panko
Notary Public
State of New York
Qualified in Bronx County
Commission Expires 10.30.2010
01PA6155970