**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

July 9, 2007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: JUL 0 9 2007

**VIA FACSIMILE**
Hon. Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007

Application **GRANTED**
SO Ordered JUL 0 9 2007

*Paul A. Crotty*

     Re:    Viruet v. United States of America
            07-cv-3710 (PAC)

Dear Judge Crotty:

    This Office represents the defendant, the United States of America (the "Government"), in the above-referenced tax refund action. Taxpayer alleges that the Internal Revenue Service ("IRS") deposited her tax refund into an incorrect bank account. As set forth in the Complaint and Exhibit A thereto, the IRS deposited the taxpayer's refund in the account indicated by the taxpayer, which the taxpayer now alleges was an incorrect account. (*Compare* Compl. ¶¶ 9, 13 *with* Ex. A at 2.) Plaintiff's Complaint alleges, and the Government has confirmed, that the direct deposit was sent to an account at HSBC. As a result, the Government has contacted HSBC and is attempting to resolve this issue without the need for further litigation.

    The Government's answer or other response to the complaint is due today. However, given the facts of the case and the Government's attempt to informally resolve this issue, the Government requests an extension of 30 days of the deadline for the Government's response until August 8, 2007.

    This is the Government's first request for an extension. The Government has left messages for opposing counsel but has been unable to reach opposing counsel. Thank you for your consideration of this request.

                        Respectfully,

                        MICHAEL J. GARCIA
                        United States Attorney
                        for the Southern District of New York

By:                        
                        CAROLINA A. FORNOS
                        Assistant United States Attorney
                        Telephone: (212) 637-2740
                        Facsimile: (212) 637-2702

MEMO ENDORSED

cc: Elizabeth A. Maresca, Esq. (via Facsimile and First Class Mail)
Lincoln Square Legal Services, Inc.
33 West 60th Street - Floor 9
New York, New York 10023