

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York 10007

August 8, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 9 2007
```

**VIA FACSIMILE**
Hon. Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007

    Re:    <u>Viruet v. United States of America</u>
             07-cv-3710 (PAC)

Dear Judge Crotty:

       This Office represents the defendant, the United States of America (the "Government"), in the above-referenced tax refund action. We write to request an extension of 30 days, or until September 7, 2007, for the Government to answer or otherwise respond to the Complaint. The extension is requested because the Government continues to work with Plaintiff's counsel and HSBC to attempt to resolve the key issue in this case: the whereabouts of Plaintiff's tax refund of $5,858. The Government believes that this extension would enable the parties to resolve the matter without further litigation.

       This is the Government's second request for an extension. Plaintiff consents to this extension request. The Government's prior request for an extension was granted, extending the deadline for the Government's response until August 8, 2007.

       Thank you for your consideration of this request.

**MEMO ENDORSED**

**Application GRANTED**

SO ORDERED:

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Respectfully,

MICHAEL J. GARCIA
United States Attorney
for the Southern District of New York

By: _____
    CAROLINA A. FORNOS
    Assistant United States Attorney
    Telephone: (212) 637-2740
    Facsimile: (212) 637-2702

cc:    Elizabeth A. Maresca, Esq. (via Facsimile and First Class Mail)
       Lincoln Square Legal Services, Inc.
       33 West 60th Street - Floor 9
       New York, New York 10023