IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CARMEN VIRUET | : NOTICE OF DISMISSAL |
| Plaintiff, | : 07 Civ. 3710 |
| -against- | : |
| UNITED STATES OF AMERICA | : |
| Defendant. | : |

---

Please take notice that the above-entitled action is hereby dismissed without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

November 15, 2007

Lincoln Square Legal Services, Inc.
33 West 60th Street, 3rd Fl.
New York, N.Y. 10023
(212) 636-7353
Attorney for Plaintiff

By: /s/ Elizabeth Maresca
Elizabeth Maresca
Bar ID # EM4799